A. Louis Dorny (SBN: 212054)
Tesla Inc.
901 Page Ave, Fremont,
CA 94538-7341
Telephone (510) 298-8516
Email: ldorny@tesla.com

Allison Huebert (pro hac vice)
TESLA INC.
1 Tesla Road, Austin, TX 78725
Telephone (512) 557-8797
Email: ahuebert@tesla.com

Attorneys for Defendant
TESLA INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. URBAN, *on behalf of himself and all others similarly situated,* | Case No. 5:22-cv-07703-PCP |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL DONALD SETH FORTENBERY** |
| v. | |
| TESLA INC., | |
| Defendant. | Complaint Filed: December 6, 2022 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Donald Seth Fortenbery hereby submits this Notice of Appearance as counsel for Defendant Tesla Inc.

//

//

//

//

NOTICE OF APPEARANCE OF COUNSEL

For purposes of receipt of Notices of Electronic Filing, and otherwise, contact information for counsel is as follows:

        Donald Seth Fortenbery (*pro hac* pending)

        TESLA INC.

        1 Tesla Road, Austin, TX 78725

        Telephone (270) 227-2996

        Email: sfortenbery@tesla.com


DATED:  January 29, 2024             Respectfully submitted,

                              **TESLA INC.**

                              By: */s/ Donald Seth Fortenbery*
                                     Donald Seth Fortenbery

                                     Attorney for Defendant Tesla Inc.