**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
456 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. URBAN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TESLA INC., d/b/a TESLA MOTORS, INC., <br><br> Defendant. | CASE NO: 5:22-cv-07703-EJD <br><br> **NOTICE OF APPEARANCE OF KOLIN C. TANG AS COUNSEL FOR PLAINTIFF JOHN L. URBAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: I, KOLIN C. TANG, of Miller Shah LLP, hereby enter my appearance as counsel for Plaintiff JOHN L. URBAN in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

**MILLER SHAH LLP**
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
456 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff and the Proposed Class*

Dated: April 26, 2024         Respectfully submitted,

                              By: /s/ *Kolin C. Tang*

                              **MILLER SHAH LLP**
                              Kolin C. Tang (SBN 279834)
                              Email: kctang@millershah.com
                              456 Montgomery Street, Suite 1900
                              San Francisco, CA 94104
                              Telephone: (866) 540-5505
                              Facsimile: (866) 300-7367

                              *Attorneys for Plaintiff and the Proposed Class*