| | |
|---|---|
| James C. Shah (SBN 260535)<br>Kolin C. Tang (SBN 279834)<br>**MILLER SHAH LLP**<br>456 Montgomery St., Suite 1900<br>San Francisco, CA 94104<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br>Email: jcshah@millershah.com<br>Email: kctang@millershah.com<br><br>Natalie Finkelman Bennett (*pro hac vice*)<br>**MILLER SHAH LLP**<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>Telephone: (866) 540-5505<br>Email: nfinkelman@millershah.com<br><br>Attorneys for Plaintiff<br>**JOHN URBAN**<br>(Additional attorneys included below) | A. Louis Dorny (SBN: 212054)<br>Aengus Carr (SBN: 240953)<br>**TESLA INC.**<br>300 Hanover St<br>Palo Alto, CA 94304<br>Telephone (510) 298-8516<br>Email: ldorny@tesla.com<br>Email: aecarr@tesla.com<br><br>Allison Huebert (*pro hac vice*)<br>Donald Seth Fortenbery (*pro hac vice*)<br>**TESLA INC.**<br>1 Tesla Road, Austin, TX 78725<br>Telephone (512) 557-8797<br>Email: ahuebert@tesla.com<br>Email: sfortenbery@tesla.com<br><br>Attorneys for Defendant<br>**TESLA INC.** |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN L. URBAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., d/b/a TESLA MOTORS, INC.,<br><br>Defendant. | Case No.: 5:22-cv-07703-PCP<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR A TEMPORARY STAY PURSUANT TO CIVIL L.R. 6-2 AND 7-12**<br><br>[*Filed concurrently with [proposed] Order*]<br><br>Judge: Hon. P. Casey Pitts |

Pursuant to Civil Local Rules 6-2 and 7-12 and this Court's Standing Order for Civil Cases, Plaintiff John Urban ("Plaintiff") and Defendant Tesla Inc. ("Defendant") (together, the "Parties"), by and through their counsel, stipulate and agree as follows:

WHEREAS, the Court entered the initial scheduling order in this matter on December 20, 2023 [ECF No. 84];

WHEREAS, the Parties stipulated, with the Court's approval, to modify the initial scheduling order on April 18, 2024 so the Parties could adequately develop the case record for class certification, dispositive motions, and trial;

WHEREAS, the Parties have diligently engaged in discovery and worked cooperatively and in good faith to resolve discovery disputes without involving the Court;

WHEREAS, Defendant's document production, which is still ongoing, has been more voluminous than anticipated by both Parties;

WHEREAS, the Parties are prepared to take fact witness and party depositions upon the completion of Defendant's document production;

WHEREAS, the Parties anticipate scheduling difficulties for such depositions as a result of the upcoming holidays;

WHEREAS, the Parties have also agreed to engage a private mediator, Bruce Friedman of JAMS, in an effort to resolve Plaintiff's claims without further use of judicial resources;

WHEREAS, the Parties have scheduled an in-person mediation on January 30, 2024, to accommodate the upcoming holidays and the Parties' availability;

WHEREAS, a temporary stay would facilitate such negotiations as it would permit the Parties to direct their attention at resolution rather than litigation;

WHEREAS, the Parties agree that there is good cause for a temporary stay so the Parties may potentially resolve Plaintiff's claims without further use of the Parties' and judicial resources;

WHEREAS, the Parties have not sought any other extension of the case schedule;

WHEREAS, no dates are scheduled for post-resolution of the motion for class certification, and so the modification requested here will not affect any other dates;

NOW THEREFORE, the Parties stipulate to a temporary stay **until February 7, 2025**, upon which the Parties will notify the Court of the status of the mediation, and, if Plaintiff's claims are still unresolved, propose a new case schedule, and request it entered by the Court, with the case schedule modified as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Motion for Class Certification | January 31, 2025 | Temporarily stayed |
| Designation of Plaintiff's Class Certification Experts with Reports | January 31, 2025 | Temporarily stayed |
| Opposition to Class Certification | March 28, 2025 | Temporarily stayed |
| Designation of Defendant's Class Certification Experts with Reports | March 28, 2025 | Temporarily stayed |
| Reply in Support of Class Certification | May 9, 2025 | Temporarily stayed |
| Fact Discovery Cutoff | 60 days after class certification order | 60 days after class certification order |
| Completion of ADR | 60 days after class certification order | 60 days after class certification order |
| Non-Certification Expert Discovery Deadline, if any | To be determined within 30 days of class certification order | To be determined within 30 days of class certification order |
| Filing of Disposition Motion(s) on any Classwide Claims | To be determined within 30 days of class certification order | To be determined within 30 days of class certification order |
| Trial (7-10 days) | To be determined within 30 days of class certification order | To be determined within 30 days of class certification order |

| | |
|---|---|
| Dated: December 6, 2024 | Respectfully submitted, |
| /s/ James C. Shah | /s/ Aengus Carr |
| James C. Shah (SBN 260435)<br>Kolin C. Tang (SBN 279834)<br>**MILLER SHAH LLP**<br>456 Montgomery St., Suite 1900<br>San Francisco, CA 94104<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br>Email: jcshah@millershah.com<br>Email: kctang@millershah.com | A. Louis Dorny (SBN: 212054)<br>Aengus Carr (SBN: 240953)<br>**TESLA INC.**<br>300 Hanover St<br>Palo Alto, CA 94304<br>Telephone (510) 298-8516<br>Email: ldorny@tesla.com<br>Email: aecarr@tesla.com |
| Natalie Finkelman (*pro hac vice*)<br>**MILLER SHAH LLP**<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>Telephone: (610) 891-9880<br>Facsimile: (866) 300-7367<br>Email: nfinkelman@millershah.com | Allison Huebert (*pro hac vice*)<br>Donald Seth Fortenbery (*pro hac vice*)<br>**TESLA INC.**<br>1 Tesla Road, Austin, TX 78725<br>Telephone (512) 557-8797<br>Email: ahuebert@tesla.com<br>Email: sfortenbery@tesla.com |
| Sydney Finlay (SBN 343577)<br>**MILLER SHAH LLP**<br>1230 Columbia Street, Ste 1140<br>San Diego, CA 92101<br>Telephone: (619) 235-2416<br>Email: sdfinlay@millershah.com | Attorneys for Defendant<br>**TESLA INC.** |
| Matthew R. Watkins (pro hac vice)<br>**EDGAR LAW FIRM LLC**<br>2600 Grand Blvd., Ste. 440<br>Kansas City, MO 64108<br>Telephone: (816) 531-0033<br>Facsimile: (816) 531-3322<br>Email: mrw@edgarlawfirm.com | |
| Attorneys for Plaintiff<br>**JOHN URBAN** | |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that all signatories concur in the filing of this document.

                                                                       /s/ *Kolin C. Tang*
                                                                       Kolin C. Tang

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, the Court hereby **ORDERS** that this matter is **STAYED** until **February 7, 2025**, upon which the Parties will notify the Court of the status of the mediation, and, if Plaintiff's claims are still unresolved, propose a new case schedule. The case schedule is modified as follows:

| DEADLINE | DATE |
| --- | --- |
| Motion for Class Certification | Temporarily stayed |
| Designation of Plaintiff's Class Certification Experts with Reports | Temporarily stayed |
| Opposition to Class Certification | Temporarily stayed |
| Designation of Defendant's Class Certification Experts with Reports | Temporarily stayed |
| Reply in Support of Class Certification | Temporarily stayed |
| Fact Discovery Cutoff | 60 days after class certification order |
| Completion of ADR | 60 days after class certification order |
| Non-Certification Expert Discovery Deadline, if any | To be determined within 30 days of class certification order |
| Filing of Disposition Motion(s) on any Classwide Claims | To be determined within 30 days of class certification order |
| Trial (7-10 days) | To be determined within 30 days of class certification order |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 19, 2024

_____
P. Casey Pitts
United States District Judge