James C. Shah (SBN 260535)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
456 Montgomery St., Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
Email: kctang@millershah.com

Natalie Finkelman Bennett (*pro hac vice*)
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: nfinkelman@millershah.com

Attorneys for Plaintiff
**JOHN URBAN**
(Additional attorneys included below)

A. Louis Dorny (SBN: 212054)
Aengus Carr (SBN: 240953)
**TESLA INC.**
300 Hanover St
Palo Alto, CA 94304
Telephone (510) 298-8516
Email: ldorny@tesla.com
Email: aecarr@tesla.com

Allison Huebert (*pro hac vice*)
Donald Seth Fortenbery (*pro hac vice*)
**TESLA INC.**
1 Tesla Road, Austin, TX 78725
Telephone (512) 557-8797
Email: ahuebert@tesla.com
Email: sfortenbery@tesla.com

Attorneys for Defendant
**TESLA INC.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. URBAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., d/b/a TESLA MOTORS, INC.,<br>Defendant. | Case No.: 5:22-cv-07703-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY STAY PURSUANT TO CIVIL L.R. 6-2 AND 7-12**<br><br>[*Filed concurrently with [proposed] Order*]<br><br>Judge: Hon. P. Casey Pitts |

Pursuant to Civil Local Rules 6-2 and 7-12 and this Court's Standing Order for Civil Cases, Plaintiff John Urban ("Plaintiff") and Defendant Tesla Inc. ("Defendant") (together, the "Parties"), by and through their counsel, stipulate and agree as follows:

WHEREAS, the Court entered the initial scheduling order in this matter on December 20, 2023 [ECF No. 84];

WHEREAS, the Parties stipulated, with the Court's approval, to modify the initial scheduling order on April 18, 2024 so the Parties could adequately develop the case record for class certification, dispositive motions, and trial;

WHEREAS, the Parties have diligently engaged in discovery and worked cooperatively and in good faith to resolve discovery disputes without involving the Court;

WHEREAS, Defendant's document production, which is still ongoing, was more voluminous than anticipated by both Parties;

WHEREAS, the Parties are prepared to take fact witness and party depositions upon the completion of Defendant's document production;

WHEREAS, the Parties engage a private mediator, Bruce Friedman of JAMS, in an effort to resolve Plaintiff's claims without further use of judicial resources;

WHEREAS, the Parties scheduled an in-person mediation for January 30, 2024, and the Court entered a temporary stay [ECF No. 98] to permit the Parties to engage in mediation, and to file a status report by February 7, 2025;

WHEREAS, Tesla approached Plaintiff last week to reschedule the mediation due to unexpected unavailability of counsel, complications in its preparations from the Los Angeles fires, and a shared desire to have a productive mediation; Plaintiff agreed, and the Parties have rescheduled their mediation with Bruce Friedman for May 6, 2025, the first date Mr. Friedman and all counsel were available;

WHEREAS, continuing the temporary stay would facilitate such negotiations as it would permit the Parties to direct their attention at resolution rather than litigation;

WHEREAS, the Parties agree that there is good cause for a temporary stay so the Parties may potentially resolve Plaintiff's claims without further use of the Parties' and judicial

resources;

WHEREAS, the Parties have not sought any other extension of the case schedule other than the foregoing;

WHEREAS, no dates are scheduled for post-resolution of the motion for class certification, and so the modification requested here will not affect any other dates;

NOW THEREFORE, the Parties stipulate to a temporary stay **until May 13, 2025**, upon which the Parties will notify the Court of the status of the mediation, and, if Plaintiff's claims are still unresolved, propose a new case schedule, and request it entered by the Court, with the case schedule modified as follows:

| DEADLINE | CURRENT DATE |
|---|---|
| Motion for Class Certification | Temporarily stayed |
| Designation of Plaintiff's Class Certification Experts with Reports | Temporarily stayed |
| Opposition to Class Certification | Temporarily stayed |
| Designation of Defendant's Class Certification Experts with Reports | Temporarily stayed |
| Reply in Support of Class Certification | Temporarily stayed |
| Fact Discovery Cutoff | 60 days after class certification order |
| Completion of ADR | 60 days after class certification order |
| Non-Certification Expert Discovery Deadline, if any | To be determined within 30 days of class certification order |
| Filing of Disposition Motion(s) on any Classwide Claims | To be determined within 30 days of class certification order |
| Trial (7-10 days) | To be determined within 30 days of class certification |

|  | order |
|---|---|

Dated: January 27, 2025

/s/  James C. Shah
James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
456 Montgomery St., Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
Email: kctang@millershah.com

Natalie Finkelman (*pro hac vice*)
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: nfinkelman@millershah.com

Sydney Finlay (SBN 343577)
**MILLER SHAH LLP**
1230 Columbia Street, Ste 1140
San Diego, CA 92101
Telephone: (619) 235-2416
Email: sdfinlay@millershah.com

Matthew R. Watkins (pro hac vice)
**EDGAR LAW FIRM LLC**
2600 Grand Blvd., Ste. 440
Kansas City, MO 64108
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
Email: mrw@edgarlawfirm.com

Attorneys for Plaintiff
**JOHN URBAN**

Respectfully submitted,

/s/  Aengus Carr
A. Louis Dorny (SBN: 212054)
Aengus Carr (SBN: 240953)
**TESLA INC.**
300 Hanover St
Palo Alto, CA 94304
Telephone (510) 298-8516
Email: ldorny@tesla.com
Email: aecarr@tesla.com

Allison Huebert (*pro hac vice*)
Donald Seth Fortenbery (*pro hac vice*)
**TESLA INC.**
1 Tesla Road, Austin, TX 78725
Telephone (512) 557-8797
Email: ahuebert@tesla.com
Email: sfortenbery@tesla.com

Attorneys for Defendant
**TESLA INC.**

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that all signatories concur in the filing of this document.

/s/ *Aengus H. Carr*
Aengus H. Carr

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court hereby **ORDERS** that this matter is **STAYED** until **May 13, 2025**, upon which the Parties will notify the Court of the status of the mediation, and, if Plaintiff's claims are still unresolved, propose a new case schedule. The case schedule is modified as follows:

| DEADLINE | DATE |
| --- | --- |
| Motion for Class Certification | Temporarily stayed |
| Designation of Plaintiff's Class Certification Experts with Reports | Temporarily stayed |
| Opposition to Class Certification | Temporarily stayed |
| Designation of Defendant's Class Certification Experts with Reports | Temporarily stayed |
| Reply in Support of Class Certification | Temporarily stayed |
| Fact Discovery Cutoff | 60 days after class certification order |
| Completion of ADR | 60 days after class certification order |
| Non-Certification Expert Discovery Deadline, if any | To be determined within 30 days of class certification order |
| Filing of Disposition Motion(s) on any Classwide Claims | To be determined within 30 days of class certification order |
| Trial (7-10 days) | To be determined within 30 days of class certification order |

///

///

///

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
P. Casey Pitts
United States District Judge