James C. Shah (SBN 260435)
**MILLER SHAH LLP**
155 Montgomery Street, 6th Floor
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com

[Additional Counsel Listed On Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. URBAN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., d/b/a TESLA MOTORS, INC.,<br><br>Defendant. | Case No.: 5:22-cv-07703-PCP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John L. Urban and Defendant Tesla, Inc. hereby stipulate to the dismissal of the individual claims in this action, in their entirety and without prejudice, with each party to bear its own fees, costs and expenses.

Stipulation of Voluntary Dismissal    1    Case No: 5:22-cv-07703

Dated: May 14, 2025

/s/ James C. Shah
James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
155 Montgomery Street, 6th Floor
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
Email: kctang@millershah.com

Natalie Finkelman
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: nfinkelman@millershah.com

Matthew R. Watkins (admitted pro hac vice)
EDGAR LAW FIRM LLC
2600 Grand Blvd., Ste. 440
Kansas City, MO 64108
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
Email: mrw@edgarlawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Aengus H. Carr
Aengus H. Carr (SBN 240953)
3000 Hanover St.
Palo Alto, CA 94304
Email: aecarr@tesla.com

*Attorneys for Defendant*

## L.R. 5-1(i)(3) CERTIFICATION

Pursuant to L.R. 5-1(i) and the filer of this document, I attest that the other signatory herein has concurred in the filing of the document, which shall serve in lieu of his signature.

/s/ James C. Shah
James C. Shah